UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NADINE MCKENZIE, individually; as parent, :
legal guardian and natural guardian of Plaintiff's :
decedent SHAMOYA MCKENZIE; and, as :
Administratrix of the Estate of Plaintiff's :
decedent SHAMOYA MCKENZIE, :
               Plaintiff, :
 :
v. :
 :
THE CITY OF MOUNT VERNON; EMPRESS :
AMBULANCE SERVICES, INC.; DAVID :      **ORDER OF DISMISSAL**
HARDY; MARQUIS COLLIER; JERMAINE :
HUGHLEY; SINCERE SAVOY; and "JOHN :     18 CV 603 (VB)
DOES" and "JANE DOES," names being :
fictitious intended to be first responders, police, :
police employees/personnel/officers of the City of :
Mount Vernon, emergency medical service staff, :
emergency medical service personnel, :
administration, emergency medical service :
administration personnel of the City of Mount :
Vernon, The City of Mount Vernon Police :
Department, and Empress Medical Services, :
               Defendants. :
--------------------------------------------------------------x

    The Court has been advised that plaintiff and defendant Empress Ambulance Services have settled this case. (Doc. #77). Accordingly, it is hereby ORDERED that this action is dismissed against <u>defendant Empress Ambulance Services only</u>, without costs, and without prejudice to the right to restore the action against Empress Ambulance Services to the Court's calendar, provided the application to restore the action is made by no later than May 5, 2022. To be clear, any application to restore the action must be filed by May 5, 2022, and any application to restore the action against Empress Ambulance Services filed thereafter may be denied solely on the basis that it is untimely.

1

The Clerk is instructed to terminate Empress Ambulance Services as a defendant in this case.

Dated: April 4, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge