UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NADINE MCKENZIE, individually; as parent,
legal guardian and natural guardian of Plaintiff's
decedent SHAMOYA MCKENZIE; and, as
Administratrix of the Estate of Plaintiff's
decedent SHAMOYA MCKENZIE,
             Plaintiff,

v.

THE CITY OF MOUNT VERNON; DAVID
HARDY; MARQUIS COLLIER; JERMAINE
HUGHLEY; SINCERE SAVOY; ANTHONY
MCEACHIN, individually and in his official
capacity; MICHAEL MARCUCILLI, individually
and in his official capacity; DERRICK A.
WILLIAMS, individually and in his official
capacity; and "JOHN DOES" and "JANE DOES,"
names being fictitious intended to be first
responders, police, police
employees/personnel/officers of the City of
Mount Vernon, emergency medical service staff,
emergency medical service personnel,
administration, emergency medical service
administration personnel of the City of Mount
Vernon, The City of Mount Vernon Police
Department, and Empress Medical Services,
             Defendants.
--------------------------------------------------------------x



**ORDER**

18 CV 603 (VB)

    The Court has been advised that plaintiff and defendants the City of Mount Vernon, Anthony McEachin, Michael Marcucilli, and Derrick Williams have reached a settlement in principle of this case. (Doc. #92). However, the following defendants remain in default: David Hardy, Marquis Collier, Jermaine Hughley, and Sincere Savoy. By **August 25, 2022**, plaintiff's counsel shall file a letter informing the Court how plaintiff intends to proceed as to the defaulting defendants.

Dated: August 18, 2022
       White Plains, NY

                                    SO ORDERED:

                                    _/s/ Vincent L. Briccetti_
                                    Vincent L. Briccetti
                                    United States District Judge