UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NADINE MCKENZIE, individually; as parent,
legal guardian and natural guardian of Plaintiff's
decedent SHAMOYA MCKENZIE; and as
Administratrix of the Estate of Plaintiff's
decedent SHAMOYA MCKENZIE,
                 Plaintiff,

v.

THE CITY OF MOUNT VERNON; DAVID
HARDY; MARQUIS COLLIER; JERMAINE
HUGHLEY; SINCERE SAVOY; ANTHONY
MCEACHIN, individually and in his official
capacity; MICHAEL MARCUCILLI, individually
and in his official capacity; DERRICK A.
WILLIAMS, individually and in his official
capacity; and "JOHN DOES" and "JANE DOES,"
names being fictitious intended to be first
responders, police, police
employees/personnel/officers of the City of
Mount Vernon, emergency medical service staff,
emergency medical service personnel,
administration, emergency medical service
administration personnel of the City of Mount
Vernon, The City of Mount Vernon Police
Department, and Empress Medical Services,
                 Defendants.
--------------------------------------------------------------x



**ORDER**

18 CV 603 (VB)

    Plaintiff requests sixty days to move for default judgment against defendants David Hardy, Marquis Collier, Jermaine Hughley, and Sincere Savoy, all of whom are in default. (Doc. #95). Plaintiff's application is GRANTED.

    Provided that these defendants remain in default, plaintiff is ORDERED to seek a certificate of default against each by **October 14, 2022**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against each by **October 28, 2022**. If plaintiff fails to satisfy either deadline, the Court may dismiss her

claims against these defendants for failure to prosecute or to comply with Court orders. Fed. R. Civ. P. 41(b).

Dated: August 30, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge