UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NADINE MCKENZIE, individually; as parent,  :
legal guardian and natural guardian of Plaintiff's  :
decedent SHAMOYA MCKENZIE; and as  :
Administratrix of the Estate of Plaintiff's  :
decedent SHAMOYA MCKENZIE,  :
                Plaintiff,  :
  :
v.  :
  :
THE CITY OF MOUNT VERNON; DAVID  :
HARDY; MARQUIS COLLIER; JERMAINE  :
HUGHLEY; SINCERE SAVOY; ANTHONY  :
MCEACHIN, individually and in his official  :   **AMENDED ORDER**
capacity; MICHAEL MARCUCILLI, individually  :
and in his official capacity; DERRICK A.  :   18 CV 603 (VB)
WILLIAMS, individually and in his official  :
capacity; and "JOHN DOES" and "JANE DOES,"  :
names being fictitious intended to be first  :
responders, police, police  :
employees/personnel/officers of the City of  :
Mount Vernon, emergency medical service staff,  :
emergency medical service personnel,  :
administration, emergency medical service  :
administration personnel of the City of Mount  :
Vernon, The City of Mount Vernon Police  :
Department, and Empress Medical Services,  :
                Defendants.  :
--------------------------------------------------------------x

      **This Amended Order corrects typographical errors in the Court's Order dated November 4, 2022 (Doc. #124), and vacates and supersedes that Order.**

      In a letter-motion filed November 2, 2022, plaintiff requests an extension of her time to serve the Order to Show Cause and supporting documents on each of defendants David Hardy, Marquis Collier, Jermaine Hughley, and Sincere Savoy, all of whom are in default, as well as an adjournment of the hearing on the Order to Show Cause, currently scheduled for December 14, 2022, at 9:30 a.m. (Doc. #123). Plaintiff's application is GRANTED.

1

The deadline for plaintiff to serve the Order to Show Cause and supporting documents on each defaulting defendant, and to file proof of such service on the docket, is extended from November 11, 2022, to December 12, 2022.

The deadline for the defaulting defendants to file opposition papers, if any, is extended from December 7, 2022, to January 5, 2023.

The hearing on the Order to Show Cause currently scheduled for December 14, 2022, at 9:30 a.m., is adjourned to January 12, 2023, at 10:00 a.m., to be held in person at the White Plains Courthouse, Courtroom 620.

Plaintiff is directed to serve a copy of this Amended Order on each defaulting defendant by December 12, 2022, and to file proof of such service on the docket by same date.

The Clerk is directed to VACATE the Court's November 4, 2022, Order. (Doc. #124).

Dated: November 9, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge