Docket No.: 7:18-cv-00603-VB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NADINE MCKENZIE, Individually, as parent, legal
guardian and natural guardian of Plaintiff's Decedent
SHAMOYA MCKENZIE, and, as Administratrix of
the Estate of Plaintiff's Decedent
SHAMOYA MCKENZIE,

                           Plaintiff,
    -against-

THE CITY OF MOUNT VERNON; THE CITY OF
MOUNT VERNON POLICE DEPARTMENT; THE
EMERGENCY MEDICAL SERVICES OF THE CITY OF
MOUNT VERNON; EMPRESS AMBULANCE
SERVICES, INC.; DAVID HARDY; MARQUIS
COLLIER; JERMAINE HUGHLEY; SINCERE SAVOY;
and " JOHN DOES" and "JANE DOES, names being
fictitious intended to be first responders, police, police
employees/personnel/officers of the City of Mount Vernon,
emergency medical service staff, emergency medical
service personnel, administration, emergency medical
service administration personnel of the City of Mount
Vernon, The City of Mount Vernon Police Department, and
Empress Medical services.
                          Defendants.
-----------------------------------------------------------------X

*AS TO LIABILITY ONLY*

DEFAULT JUDGMENT
AGAINST
DEFENDANTS DAVID
HARDY; MARQUIS
COLLIER; JERMAINE
HUGHLEY; and
SINCERE SAVOY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2023

    This action having been commenced on January 23, 2018 with the filing of a Summons, Complaint and Jury Demand which was served by process service upon Defendants David Hardy, Marquis Collier, and Jermaine Hughley on February 2, 2018 and by personal delivery by the Sherriff of the City of New York upon Defendant Sincere Savoy on March 9, 2018, at their current place of incarceration; that on April 17, 2018 Plaintiff filed an Amended Complaint which was served by process service upon Defendants David Hardy and Marquis Collier on May 15, 2018, and by personal delivery by the Sherriff of the City of New York on Defendants

Jermaine Hughley and Sincere Savoy on May 18, 2018, at their current place of incarceration; and that on May 11, 2022 Plaintiff filed a Second Amended Complaint which was served by personal delivery by the Wayne County Sheriff upon Defendants David Hardy and Marquis Collier on May 27, 2022, on Defendant Jermaine Hughley on May 26, 2022, and, on Defendant Sincere Savoy on June 14, 2022, at their current place of incarceration and the defendants not having answered the Complaints, and the time for answering the Complaints having expired, it is

HEREBY ORDERED, ADJUDGED AND DECREED: That the Default Judgment (as to liability only) be entered against the Defendants David Hardy, Marquis Collier, Jermaine Hughley, and Sincere Savoy, jointly and severally, with an inquest as to damages to be separately conducted. ~~to this matter and that the Plaintiff is entitled to recover $_____ in damages, plus fees and cost, including reasonably incurred attorneys' fees.~~

Dated: ~~New York~~, White Plains, New York
1/12, 2023

_____
U.S.D.J

This document was entered on the docket on _____.