UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NADINE MCKENZIE, individually; as parent, legal guardian and natural guardian of Plaintiff's decedent SHAMOYA MCKENZIE; and as Administratrix of the Estate of Plaintiff's decedent SHAMOYA MCKENZIE,

                Plaintiff,                18 **CIVIL** 603 (VB)

    -against-                    **JUDGMENT**

THE CITY OF MOUNT VERNON; DAVID HARDY; MARQUIS COLLIER; JERMAINE HUGHLEY; SINCERE SAVOY; ANTHONY MCEACHIN, individually and in his official capacity; MICHAEL MARCUCILLI, individually and in his official capacity; DERRICK A. WILLIAMS, individually and in his official capacity; and "JOHN DOES" and "JANE DOES," names being fictitious intended to be first responders, police,
police employees/personnel/officers of the City of Mount Vernon, emergency medical service staff, emergency medical service personnel, administration, emergency medical service administration personnel of the City of Mount Vernon, The City of Mount Vernon Police Department, and Empress Medical Services,

                Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 20, 2024, the Court has adopted the R&R in its entirety as the opinion of the Court. Judgment is entered for plaintiff in the amount of: $1,750,000 in compensatory damages against defendants David Hardy, Marquis Collier, Jermaine Hughley, and Sincere Savoy, jointly and severally; $2,625,000 in punitive damages against defendant David Hardy; $1,750,000 in punitive damages against defendant Marquis

Collier; $1,750,000 in punitive damages against defendant Jermaine Hughley; $1,750,000 in punitive damages against defendant Sincere Savoy; and Post-judgment interest pursuant to 28 U.S.C. § 1961, calculated from the date the Clerk of Court enters judgment in this action until the date of payment; accordingly, the case is closed.

**Dated:**  New York, New York
            December 20, 2024

                                             **TAMMI M. HELLWIG**
                                             **Clerk of Court**

           **BY:**                  *K. Mango*
                                             **Deputy Clerk**